UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61227-CIV-ALTMAN/Hunt

**DANIEL MONCADA**,

    *Plaintiff*,

v.

**WAWA, INC.**,

    *Defendant*.

_____/

## ORDER SCHEDULING STATUS CONFERENCE

The Plaintiff's Complaint alleges violations of one of the following: the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181, *et seq*, the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. §§ 1692–1692p, *et seq*, or the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. §§ 227, *et seq.* Consistent with the Court's practices in such cases, counsel are directed to appear at a status conference on **Wednesday, July 22, 2020, at 1:00 p.m.** The conference will be conducted telephonically. At that time, the parties shall dial 1-888-363-4734 and enter access code 9127026, followed by the # symbol. Counsel must not utilize speakerphone functionality during the hearing. If possible, counsel should use a landline. Instructions for the status conference are as follows:

    1. The parties are not personally required to appear, but a representative of each party with full authority to enter a full and complete compromise must appear.

    2. If an agreement is reached, the parties shall promptly notify the Court.

    3. The Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this**

**Order on any such Defendant within two business days of the date of this Order.**

4. The Clerk is **DIRECTED** to enter this Order in the following cases:

   a. 20-cv- 61227 – *Moncada v. WAWA, Inc.*
      i. **(Call in time: 1:00 p.m.)**
   b. 20-cv-81004 – *Fernandez v. Applebee's*
      i. **(Call in time: 1:10 p.m.)**
   c. 20-cv-80836 – *Cohan v. Lowe's*
      i. **(Call in time: 1:20 p.m.)**
   d. 20-cv-61384 – *Mahlberg v. Chico's FAS, Inc.*
      i. **(Call in time: 1:30 p.m.)**
   e. 20-cv-21346 – *Ezold v. Tracfone Wireless*
      i. **(Call in time: 1:40 p.m.)**
   f. 20-cv-61206 – *St. Clair v. USHealth Advisors*
      i. **(Call in time: 1:50 p.m.)**
   g. 20-cv-60900 – *Durrant v. Fiserv, Inc.*
      i. **(Call in time: 2:00 p.m.)**
   h. 20-cv-61297 – *Hall v. LVNV Funding, LLC et al.*
      i. **(Call in time: 2:10 p.m.)**
   i. 20-cv-60804 – *Harwood v. Nationwide Credit*
      i. **(Call in time: 2:20 p.m.)**
   j. 20-cv-61295 – *Amodio v. Cavalry Investment, LLC et al.*
      i. **(Call in time: 2:30 p.m.)**

      k.      20-cv-61257 – *Aitboukil v. Jefferson Capital Sys., LLC et al.*

           i.    **(Call in time: 2:40 p.m.)**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of July 2020.

*[Signature]*

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record