UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61297-CIV-ALTMAN/Hunt

**BYRON HALL,** *et al.*,

       **Plaintiffs,**

v.

**LVNV FUNDING, LLC**, *et al.,*

       **Defendants.**

_____/

**JOINT CONFERENCE REPORT**

Pursuant to Rule 16.1 of the Local Rules for the Southern District of Florida, Plaintiffs Byron Hall *et al.*, and Defendants LVNV Funding, LLC *et al.* (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Conference Report and Joint Proposed Scheduling Order:

**A.  Likelihood of Settlement**

The Parties engaged in preliminary settlement discussions as required by Court order.  The Parties are still engaged in settlement discussion, but believe settlement is unlikely at this time.

**B.  Likelihood of Appearance in Action of Additional Parties**

At the present time, the Parties are unaware of any additional parties who are likely to appear or be joined in this action.

**C.  Proposed Limits on Time:**

    (i)    To join other parties and to amend the pleadings: **December 1, 2020**
    (ii)   To Complete Discovery: **June 1, 2021**
    (iii)  To file Dispositive Motions: **August 1, 2021**

**D.  Proposal for Formulation and Simplification of Issues**

The Parties agree to continue discussing the formulation and simplification of issues.  The Parties are unable to further simplify the issues at this time.  After discovery and further

investigation, the Parties are hopeful that they will be able to further simplify the issues prior to the pre-trial conference, if any, or the trial of this matter.

### E.  Necessity or Desirability of Amendments to the Pleadings

None at this time.

### F.  The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things and the Need for Advance Rulings from the Court on Admissibility of Evidence

The Parties agree to endeavor in good faith efforts to enter into stipulations regarding the authenticity of documents and other evidentiary matters, if possible. Further, as discovery progresses, the Parties will attempt to minimize the need for advance rulings by the Court and unnecessary proof by admitting facts that are not disputed. In the event the Parties discover that there is relevant ESI, they will discuss the most appropriate form in which to produce that information.

### G. Suggestions for Avoidance of Unnecessary Proof and Cumulative Evidence

None at this time, although the Parties will continue to discuss suggestions for avoiding unnecessary proof and cumulative evidence throughout the litigation.

### H. Suggestions on the Advisability of Referring Matters to a Magistrate Judge

None, although the Parties acknowledge that discovery matters are generally referred to the Magistrate Judge as a matter of course.

### I.   A preliminary estimate of the time required for trial

Plaintiff requested a jury trial.  The Parties estimate that a jury trial will take one (1) to two (2) days.

### J.  Requested Dates for Conferences Before Trial, Final Pretrial Conference, and Trial

The Parties request that the case be set for a pre-trial conference on or around September 15, 2021 and propose a trial date in October 2021.

### K.  Any issues about:

(i) Disclosure, discovery, or preservation of electronically stored information, including the form or form in which it should be produced: **None at this time**

(ii) Claims of privilege or of protection as trial preparation materials, including-if the parties agree on a procedure to assert those claims after production-whether to ask the Court to include their agreement in an order under Federal Rule of Evidence 502: **None at this time**

(iii) When the parties have agreed to the ESI Checklist available on the Court's website, matters enumerated on the ESI checklist: **None at this time.**

**L.  Any other information that might be helpful to the Court in setting the case for status or pretrial conference**

None at this time.

Respectfully submitted this 1st day of September 2020.

| | |
|---|---|
| **LAW OFFICES OF JIBRAEL S. HINDI** | **MESSER STRICKLER, LTD.** |
| By:  */s/ Jibrael S. Hindi* <br> JIBRAEL S. HINDI, ESQUIRE <br> FL Bar No. 118259 <br> THOMAS J. PATTI, ESQUIRE <br> FL Bar No. 118377 <br> 110 se 6th Street <br> Suite 1744 <br> Fort Lauderdale, FL 33301 <br> (954) 907-1136 <br> (855) 529-9540 (fax) <br> jibrael@jibraellaw.com <br> tom@jibraellaw.com <br> *Counsel for Plaintiffs* | By:  */s/John M. Marees, II* <br> LAUREN M. BURNETTE, ESQUIRE <br> FL Bar No. 0120079 <br> JOHN M. MAREES, II, ESQUIRE <br> FL Bar No. 0069879 <br> 12276 San Jose Blvd., Suite 720 <br> Jacksonville, FL 32223 <br> (904) 527-1172 <br> (904) 683-7353 (fax) <br> lburnette@messerstrickler.com <br> jmarees@messerstrickler.com <br> *Counsel for Defendants* |