UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61297-CIV-ALTMAN/Hunt

**BYRON HALL**, *et al.*,

    *Plaintiffs*,

v.

**LVNV FUNDING, LLC**, *et al.*,

    *Defendants*.

_____/

## **ORDER**

The Federal Rules provide that, when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." FED. R. CIV. P. 42(a). Accordingly, the Court hereby **ORDERS AND ADJDUGES** as follows:

1. Case Numbers 20-cv-61382-RKA and 20-cv-61318-RKA are hereby **CONSOLIDATED** into Case No. 20-cv-61297-RKA.

2. Case Numbers 20-cv-61382-RKA and 20-cv-61318-RKA shall be administratively **CLOSED**. All future filings shall be made under *Hall v. LVNV Funding, LLC*, Case No. 20-cv-61297-RKA.

3. Any pending motions in Case Numbers 20-cv-61382-RKA and 20-cv-61318-RKA are **DENIED AS MOOT**.

4. By **October 2, 2020**, the Plaintiffs shall file a single, combined *complaint*, which will govern this case.

5. This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

6. The Clerk shall docket this Order in the following cases:

2

      a.  *Hall v. LVNV Funding, LLC*, 20-cv-61297-RKA

      b.  *Titus v. Merrick Bank Corporation*, 20-cv-61318-RKA

      c.  *Amodio v. Resurgent Capital Services L.P.*, 20-cv-61382-RKA

**DONE AND ORDERED** in Fort Lauderdale, ~~Florida this~~ 28th day of September 2020.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record