**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:20-cv-61297-RKA**

PAMELA TITUS,
JOSEPH AMODIO,
WILLIAM VILCINA,
JACQUELINE FONTANEZ,
PAUL JONES,
BYRON HALL,
and DAMIEN DAY,

    Plaintiffs,

v.

RESURGENT CAPITAL SERVICES L.P.,
LVNV FUNDING, LLC, MERRICK BANK
CORPORATION, PINNACLE CREDIT
SERVICES, LLC, and PYOD, LLC,

    Defendants.
_____/

**STATUS REPORT**

Plaintiffs Pamela Titus, Joseph Amodio, William Vilcina, Jacqueline Fontanez, Paul Jones, Byron Hall, and Damien Day (collectively, the "Plaintiffs") submit this Status Report and state:

1. On December 08, 2020, Plaintiffs and Defendants (collectively, the "Parties") appeared before this Court to conduct status conference and, as per said status conference, the Parties were to confer regarding the matters discussed before this Court on December 08, 2020, and, thereafter, submit a status report regarding the outcome of said conferral no later than December 11, 2020. *See* D.E. 54 (*PAPERLESS Minute Entry for proceedings held before Judge Roy K. Altman: Status Conference held on 12/8/2020*).

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

2. On December 10, 2020, at 2:00 pm, the Parties conferred telephonically and discussed possible ways to both resolve the discovery disputes had between the Parties, as well as foster or otherwise advance a resolution of this case.

3. At the conclusion of the conferral, based on possible solutions offered by Plaintiffs and Defendants agreement therewith, Plaintiffs believed, in good faith, that the Parties had reached an understanding with respect underlying discovery dispute, whereby in order to simplify this consolidated action and attempt to resolve any outstanding discovery disputes had by Plaintiff, Plaintiffs were to conduct the depositions that Plaintiffs have been attempting to schedule since **August 27, 2020**.

4. As the Parties discussed on December 10, 2020, said depositions would allow Plaintiffs to verify facts and assertions that Defendants claim to be gospel – *all without any formal affirmation or verification* – despite the obvious concerns of *assuming truth*, especially in light of the fact that **the FDCPA claims advanced by Plaintiffs are alleged to be result of Defendants filing false documents in Plaintiffs' respective bankruptcy proceeding, whereby Defendants had signed such documents under penalty of perjury**.

5. Yet, now that it is time to report to this Court the collaborative breakthrough Plaintiffs believed the Parties secured as a result of the December 10th conferral, Defendants refuse to join Plaintiffs in the submission of this Status Report, and instead, have asked that Plaintiffs falsely report to this Court that the Parties have resolved *all* discovery disputes at the December 10th conferral. Given the **extreme disparity** between what the Parties *actually discussed* and how Defendants would have a *joint* status report read, Plaintiffs submits this Status Report unilaterally.

6. Nevertheless, despite what can only be described as a *communication issue* in the most generous light, the depositions set forth in the attached composite exhibit, of which Plaintiffs

have been trying to schedule since August 27, 2020, **will allow Plaintiffs to resolve most, if not all, factual disputes currently had by the Parties,** *or put differently*, will allow this case to be resolved in the most expeditious, cost-effective, and otherwise *proper* way possible – an outcome which Defendants outright oppose for unspecified reasons.

Dated: December 11, 2020

Respectfully Submitted,

 /s/ Thomas J. Patti                .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:        855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti

**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377