**Fill in this information to identify the case:**

Debtor 1    JOSEPH AMODIO

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN    District of    FL
(State)

Case number    1922407

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

MERRICK BANK

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Resurgent Capital Services
Name

PO Box 10368
Number          Street

Greenville, SC    29603-0368
City                    State              ZIP Code

Contact phone    (866) 572-0265

Contact email    askbk@resurgent.com

Where should payments to the creditor be sent? (if different)

Name

Number          Street

City                    State              ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

RSG-02230-686383439 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

RCS 036

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|-------------------------------------------------------------------|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  1570 ____  ____ ____

**7. How much is the claim?**  $ 2,356.23 _____ . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

RCS 037

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    10/10/2019
                    MM / DD / YYYY

Signature    /s/ David Lamb

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | David Lamb |
| | First name                Middle name                Last name |
| Title | Claims Processor |
| Company | Resurgent Capital Services |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | PO Box 10368 |
| | Number        Street |
| | Greenville, SC    29603-0368 |
| | City                        State        ZIP Code |
| Contact phone | (866) 572-0265        Email    askbk@resurgent.com |



PO Box 10368
Greenville, SC  29603-0368

Phone:  (866) 572-0265
Email:  askbk@resurgent.com

**Proof of Claim**

**Account Supplemental Data**

<u>Bankruptcy Case Information</u>

**Case Number:**  1922407  **District:**  SOUTHERN DISTRICT OF FLORIDA

**Chapter:**  13  **Filer:**  JOSEPH AMODIO

**Petition Date:**  09/18/2019  **Co-Filer:**

<u>Creditor Information</u>

**Current Creditor*:**  MERRICK BANK

**Original Creditor:**  Merrick Bank Corp

**Alternative Names (if any) for this creditor:**  Merrick Consumer

**Creditor at time of last transaction:**  Merrick Bank Corp

<u>Account Information</u>

**Account Number (redacted):**  1570

**Amount due as of the date the bankruptcy case was filed**:**  $2,356.23

| | | | |
|---|---|---|---|
| **Principal**:** | $2,356.23 | **Charge Off Date:** | 09/30/2016 |
| **Interest**:** | $0.00 | **Last Payment Date:** | 02/09/2016 |
| **Fees**:** | $0.00 | **Last Transaction Date:** | |

---

\* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368
Telephone No.    (866) 572-0265

---

** Information on this account was obtained from the data files received from the assignor and other information such as Bankruptcy Court records.  *Interest may include other finance charges.*

---

*** Please call Resurgent for additional information.

## Limited Power of Attorney                              2009

WHEREAS Merrick Bank ("Grantor") has retained the services of **Resurgent Capital Services LP** ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Limited Power of Attorney in favor of Servicer.

NOW, THEREFORE, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on its own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any proof of claim, amending any proof of claim, or any other document necessary to collect upon and secure payment of any account serviced by Resurgent on behalf of Grantor;
2. Executing, acknowledging and delivering any assignment, credit agreement, credit statement, judgment, financing statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any account, lien or security interest;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

This Limited Power of Attorney is a power coupled with an interest. Resurgent shall be under no duty to exercise or withhold the exercise of any of the rights, powers, privileges, and options expressly or implicitly granted to Resurgent hereunder, and shall not be liable for any failure to do so or any delay in doing so. Resurgent shall not be responsible for any decline in the value of the property securing any account.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this 29th day of September , 2009 .

GRANTOR: Merrick Bank

By: _____

Name: Brian V. Tevis

Title: SVP

Witnessed by: See Notary attached

Name:

1 | Limited Power of Attorney – Merrick Bank, September 2009

RCS 040

| Limited Power of Attorney | 2009 |

STATE OF _Utah_ §
COUNTY OF _Salt Lake_ §
§

BEFORE ME, the undersigned authority, on this 29 day of _September_ 2009, personally appeared _Brim W. Jones_ to me well known to be the person described in and who signed the foregoing Limited Power of Attorney, and acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and official seal the date aforesaid.

NOTARY PUBLIC

My Commission Expires: _10-19-09_

Notary Public
MONIQUE GARAT
10705 South Jordan Gateway Suite 200
South Jordan, Utah 84095
My Commission Expires
October 19, 2009
State of Utah

**Account Event History**

RCS 041

AccountID: 686383439
Account Number: ███████1570
Start Date: 7/20/1920
End Date: 7/20/2020

## Borrower - Demographics - Current

| Seq | Date | SSN | Prefix | First Name | Middle | Last Name | Suffix | DOB | |
|-----|------|-----|--------|------------|--------|-----------|--------|-----|---|
| Debtor | 2/25/2020 | ███3340 | | Joseph | G | Amodio | | ███/1955 | |

No Demographic History Found

## Borrower - Address - Current

| Seq | Address | Address 2 | City | State | Zip | Zip4 |
|-----|---------|-----------|------|-------|-----|------|
| Debtor | 2383 Bronze Oak Ln | | Braselton | GA | 30517 | 4094 |

No Address History Found

No Phone Numbers Found

No Phone Number History Found

No Contact Information Found

No Contact History Found

No Account Notes Found

No Payments Found

No Letters Found

Resurgent Capital Services - CONFIDENTIAL AND PROPRIETARY

## Account Event History

RCS 042

AccountID: 686383439
Account Number: ████████1570
Start Date: 7/20/1920
End Date: 7/20/2020

## Collection Status History

| Date | Collection Status | Account Status | User ID | App Name |
|------|-------------------|----------------|---------|----------|
| 2/25/2020 | RTN - Returned To Client(Rank: 5) | Closed (60) | SHERMAN\pstasyncservice | PSTAsyncService |
| 2/24/2020 | CRC - CLIENT OR SELLER REQUESTS ACCOUNT BACK(Rank: 5) | Putback (40) | SHERMAN\cgrayson | .Net SqlClient Data Provider |
| 10/8/2019 | BCO - Bankruptcy Notification(Rank: 1) | BK - Potential (20) | SHERMAN\pstasyncservice | PSTAsyncService |
| 10/7/2019 | BAN - BANKRUPTCY (ANY CHAPTER)(Rank: 2) | BK - Potential (20) | SfgToAmAsyncService | SFGtoAM Async Service |

## Placement History

| Date | Type | Placement Balance | System | Servicer |
|------|------|-------------------|--------|----------|
| 2/25/2020 | Returned to Client | $2,356.23 | EXT | Merrick\CWS |
| 2/25/2020 | Recall | $2,356.23 | SHR | Resurgent - House |
| 10/8/2019 | Bankruptcy | $2,356.23 | ATL | Resurgent - BK |
| 10/8/2019 | Recall | $2,356.23 | SHR | Resurgent - House |
| 10/7/2019 | ReadyForPlacement | $2,356.23 | SHR | Resurgent - House |

No Disputes Found


No ACDV Records Found


No Dispute Queue Records Found


## Borrower - Bankruptcy

| Seq | File Date | Chptr | Status | Status Date | Bar Date | Case | Trustee Claim Num Secured | Trustee Claim Num Unsecured | Court Claim Num Secured | Court Claim Num Unsecured | Tru Acct num |
|-----|-----------|-------|--------|-------------|----------|------|---------------------------|------------------------------|-------------------------|------------------------------|--------------|
| Debtor | 9/18/2019 | 13 | 15 | 1/21/2020 | 12/31/2019 | 1922407 | | | | 9 | |

No CBR Last Reported Data Found


No CBR History Found


Resurgent Capital Services - CONFIDENTIAL AND PROPRIETARY

**Account Event History**

RCS 043

AccountID: 686383439
Account Number: ████████ 1570
Start Date: 7/20/1920
End Date: 7/20/2020

## Ownership Information

| Funding | Ending | Batch Type | Owner | Funding Source | Description | |
|---|---|---|---|---|---|---|
| 10/7/2019 | | Purchase | Merrick\CWS | Merrick\CWS | Portfolio 36100 Purchase | |

No OnBase Documents Found

No Legal Information Found

No Legal Suit Records Found

No Judgment Records Found

No Balance History Records Found

## Additional Account Data

Resurgent Capital Services - CONFIDENTIAL AND PROPRIETARY

# Account Event History

RCS 044

**AccountID: 686383439**
**Account Number:** ███████████1570
**Start Date: 7/20/1920**
**End Date: 7/20/2020**

| | | |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Total Current Balance: $2,356.23 | | |
| Last Letter Date: | Last Call Date: | Last Skip Date: |
| Last Pmt Date: 2/9/2016 | Current Owner: Merrick\CWS | Last Purchase Date: |
| Last Pmt Amt: 0.0000 | Current Interest Rate: 0.0700 | Last Purchase Amt : |
| Last NSF Amt: | Daily Interest: 0.37 | Interest Effect: Do Not Accrue Interest |
| Last NSF Date: | Interest Effective Date: 07/20/2020 | Last Interest Update: 10/7/2019 |
| Total Pmt Txns: | Total NSF and Rev Txns: | Net Pmt Amt: |
| Chg Off Date: 9/30/2016 | Purchase Date: 10/7/2019 | Funding Date: 10/7/2019 |
| Chg Off Balance: | Out of Statute Date: 3/30/2022 | Funding Source: Merrick\CWS |
| Orig Placement Balance: $2,356.23 | Date of first Delinq: 3/30/2016 | Misc Data 1: |
| Putback Deadline: | Account Type: Bankcard | Misc Data 2: |
| Origination Date: 3/26/2013 | Original Creditor: Merrick Bank Corp | Misc Data 3: Merrick Bank Corporation |
| | Original Merchant: Merrick Consumer | Misc Data 4: 2337805 |
| CCA Number: | CCA Proposed Pmt: | CCA Accepted Pmt: |
| CCA Start Balance: | CCA Phone: | |
| Interest Accrual Start Date: | Servicer Interest Date: | Network Sub Servicer: |

Resurgent Capital Services - CONFIDENTIAL AND PROPRIETARY

RCS 045

| FileName | LineNumber | Merchant | AccountNumber | CurrentBalance | PrincipalBalance | InterestBalance |
|---|---|---|---|---|---|---|
| 20191007084748MerrDMLFile | 53 | [Redacted] | [Redacted]8347 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 54 | [Redacted] | [Redacted]5381 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 55 | [Redacted] | [Redacted]2510 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 56 | [Redacted] | [Redacted]0595 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 57 | [Redacted] | [Redacted]7530 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 58 | [Redacted] | [Redacted]4292 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 59 | [Redacted] | [Redacted]5810 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 60 | [Redacted] | [Redacted]1455 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 61 | [Redacted] | [Redacted]8054 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 62 | [Redacted] | [Redacted]8946 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 63 | Merrick Consumer | ████████1570 | 2356.23 | 1927.24 | 428.99 |
| 20191007084748MerrDMLFile | 64 | [Redacted] | [Redacted]1889 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 65 | [Redacted] | [Redacted]9076 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 66 | [Redacted] | [Redacted]1518 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 67 | [Redacted] | [Redacted]5985 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 68 | [Redacted] | [Redacted]3865 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 69 | [Redacted] | [Redacted]0640 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 70 | [Redacted] | [Redacted]8298 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 71 | [Redacted] | [Redacted]0051 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 72 | [Redacted] | [Redacted]4173 | [Redacted] | [Redacted] | [Redacted] |
| 20191007084748MerrDMLFile | 73 | [Redacted] | [Redacted]2991 | [Redacted] | [Redacted] | [Redacted] |

RCS-946

| PrincipalBalance_Chargeoff | InterestBalance_Chargeoff | FeesBalance_Chargeoff | InterestRate | LastPaymentAmount | LastPaymentDate | ChargeOffDate |
|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 1927.24 | 428.99 | 0.0000 | 0.00 | 0.0000 | 20160209 | 20160930 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| DebtorName | Address1 | Address2 | City | State | ZipCode | SocialSecurityNumber | DateofBirth | HomePhone | EmployerAddress1 |
|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| AMODIO,JOSEPH G | 2383 BRONZE OAK LN | | BRASELTON | GA | 305174094 | ████3340 | 1955███ | 9999999999 | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

RCS 047

RCS 048

| WorkPhone | Misc3 | DateOpened | Misc4 | AcctTypeID |
|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| | MERRICK BANK CORPORATION | 20130326 | 2337805 | 1 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |