# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 0:20-cv-61297-RKA**

PAMELA TITUS,
JOSEPH AMODIO,
WILLIAM VILCINA,
JACQUELINE FONTANEZ,
PAUL JONES,
BYRON HALL,
and DAMIEN DAY,

    Plaintiffs,

v.

RESURGENT CAPITAL SERVICES L.P.,
LVNV FUNDING, LLC, MERRICK BANK
CORPORATION, PINNACLE CREDIT
SERVICES, LLC, and PYOD, LLC,

    Defendants.

_____/

## NOTICE OF DEPOSITION

Pursuant to Fed.R.Civ.P. 30(b)(6), the above-captioned Plaintiffs will take the deposition by way of oral examination of the person and/or persons that **PYOD, LLC** ("Defendant") designates as the person and/or persons most knowledgeable and prepared to testify on behalf of Defendant on the following topics (the "Deposition Topics"): **[1]** the facts and circumstances surrounding each allegation in the Third Consolidated Complaint and Defendant's record response and/or answer thereto; **[2]** Defendant's consumer collection agency license and/or registration with the Florida Department of State; **[3]** the documents and information Defendant maintains in accordance with Rule 69V-180.080, Florida Administrative Code; **[4]** the proofs of claim filed in Plaintiffs' bankruptcy cases; **[5]** the documents and information reviewed by Defendant to prepare the proofs of claim filed in Plaintiffs' bankruptcy cases; **[6]** Defendant's policies and procedures

PAGE | **1** of 3

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

regarding the submission of proofs of claim; **[7]** Defendant's policies and procedures that Defendant maintains to prevent filing proofs of claim that falsely represent the amount sought therein as *not* including interest or other charges; and **[8]** the information and documentation Defendant relies upon to determine the principal portion of the debts underlying the proofs of claim filed in Plaintiffs' bankruptcy cases.

The date, time, and location of the deposition shall be as follows:

| | |
|---|---|
| **DATE**: | **Friday, February 19, 2021** |
| **TIME**: | **1:00 PM** |
| **LOCATION**: | *via* **Zoom and/or Other Remote Means** <br> The Law Offices of Jibrael S. Hindi, PLLC <br> 110 S.E. 6TH Street, 17th Floor <br> Fort Lauderdale, Florida 33301 |

This deposition will be video recorded as well as by stenographic means before a notary public authorized to administer oaths in the State of Florida. The deposition will continue from day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, and such other purposes as are permitted under the Federal Rules of Civil Procedure.

DATED: January 28, 2021

Respectfully Submitted,

 /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:       855-529-9540

PAGE | **2** of **3**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 28, 2021, the foregoing was electronically served on counsel for Defendant, John Maress, Esq., *via* e-mail at jmarees@messerstrickler.com.

      /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:20-cv-61297-RKA**

PAMELA TITUS,
JOSEPH AMODIO,
WILLIAM VILCINA,
JACQUELINE FONTANEZ,
PAUL JONES,
BYRON HALL,
and DAMIEN DAY,

  Plaintiffs,

v.

RESURGENT CAPITAL SERVICES L.P.,
LVNV FUNDING, LLC, MERRICK BANK
CORPORATION, PINNACLE CREDIT
SERVICES, LLC, and PYOD, LLC,

  Defendants.
_____/

**NOTICE OF DEPOSITION**

  Pursuant to Fed.R.Civ.P. 30(b)(6), the above-captioned Plaintiffs will take the deposition by way of oral examination of the person and/or persons that **Resurgent Capital Services, L.P.** ("Defendant") designates as the person and/or persons most knowledgeable and prepared to testify on behalf of Defendant on the following topics (the "Deposition Topics"): **[1]** the facts and circumstances surrounding each allegation in the Third Consolidated Complaint and Defendant's record response and/or answer thereto; **[2]** Defendant's consumer collection agency license and/or registration with the Florida Department of State; **[3]** the documents and information Defendant maintains in accordance with Rule 69V-180.080, Florida Administrative Code; **[4]** the proofs of claim filed in Plaintiffs' bankruptcy cases; **[5]** the documents and information reviewed by Defendant to prepare the proofs of claim filed in Plaintiffs' bankruptcy cases; **[6]** Defendant's

PAGE | **1** of 3

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

policies and procedures regarding the submission of proofs of claim; **[7]** Defendant's policies and procedures that Defendant maintains to prevent filing proofs of claim that falsely represent the amount sought therein as not including interest or other charges; and **[8]** the information and documentation Defendant relies upon to determine the principal portion of the debts underlying the proofs of claim filed in Plaintiffs' bankruptcy cases.

The date, time, and location of the deposition shall be as follows:

<u>**DATE**</u>:         **Friday, February 19, 2021**

<u>**TIME**</u>:         **1:00 PM**

<u>**LOCATION**</u>:     *via* **Zoom and/or Other Remote Means**
The Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6TH Street, 17th Floor
Fort Lauderdale, Florida 33301

This deposition will be video recorded as well as by stenographic means before a notary public authorized to administer oaths in the State of Florida. The deposition will continue from day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, and such other purposes as are permitted under the Federal Rules of Civil Procedure.

DATED: January 28, 2021

Respectfully Submitted,

 /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:      855-529-9540

**CERTIFICATE OF SERVICE**

PAGE | **2** of 3

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

The undersigned hereby certifies that on January 28, 2021, the foregoing was electronically served on counsel for Defendant, John Maress, Esq., *via* e-mail at jmarees@messerstrickler.com.

    /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **3** of **3**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-61297-RKA

PAMELA TITUS,
JOSEPH AMODIO,
WILLIAM VILCINA,
JACQUELINE FONTANEZ,
PAUL JONES,
BYRON HALL,
and DAMIEN DAY,

    Plaintiffs,

v.

RESURGENT CAPITAL SERVICES L.P.,
LVNV FUNDING, LLC, MERRICK BANK
CORPORATION, PINNACLE CREDIT
SERVICES, LLC, and PYOD, LLC,

    Defendants.
_____/

## NOTICE OF DEPOSITION

Pursuant to Fed.R.Civ.P. 30(b)(6), the above-captioned Plaintiffs will take the deposition by way of oral examination of the person and/or persons that **LVNV Funding, LLC** ("Defendant") designates as the person and/or persons most knowledgeable and prepared to testify on behalf of Defendant on the following topics (the "Deposition Topics"): **[1]** the facts and circumstances surrounding each allegation in the Third Consolidated Complaint and Defendant's record response and/or answer thereto; **[2]** Defendant's consumer collection agency license and/or registration with the Florida Department of State; **[3]** the documents and information Defendant maintains in accordance with Rule 69V-180.080, Florida Administrative Code; **[4]** the proofs of claim filed in Plaintiffs' bankruptcy cases; **[5]** the documents and information reviewed by Defendant to prepare the proofs of claim filed in Plaintiffs' bankruptcy cases; **[6]** Defendant's policies and procedures

PAGE | **1** of 3

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

regarding the submission of proofs of claim; **[7]** Defendant's policies and procedures that Defendant maintains to prevent filing proofs of claim that falsely represent the amount sought therein as *not* including interest or other charges; and **[8]** the information and documentation Defendant relies upon to determine the principal portion of the debts underlying the proofs of claim filed in Plaintiffs' bankruptcy cases.

The date, time, and location of the deposition shall be as follows:

**DATE**:   **Friday, February 19, 2021**

**TIME**:   **1:00 PM**

**LOCATION**:   *via* **Zoom and/or Other Remote Means**
The Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6TH Street, 17th Floor
Fort Lauderdale, Florida 33301

This deposition will be video recorded as well as by stenographic means before a notary public authorized to administer oaths in the State of Florida. The deposition will continue from day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, and such other purposes as are permitted under the Federal Rules of Civil Procedure.

DATED: January 28, 2021

Respectfully Submitted,

 /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:   855-529-9540

**CERTIFICATE OF SERVICE**

PAGE | **2** of **3**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

The undersigned hereby certifies that on January 28, 2021, the foregoing was electronically served on counsel for Defendant, John Maress, Esq., *via* e-mail at jmarees@messerstrickler.com.

   /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **3** of **3**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-61297-RKA

PAMELA TITUS,
JOSEPH AMODIO,
WILLIAM VILCINA,
JACQUELINE FONTANEZ,
PAUL JONES,
BYRON HALL,
and DAMIEN DAY,

    Plaintiffs,

v.

RESURGENT CAPITAL SERVICES L.P.,
LVNV FUNDING, LLC, MERRICK BANK
CORPORATION, PINNACLE CREDIT
SERVICES, LLC, and PYOD, LLC,

    Defendants.
_____/

## NOTICE OF DEPOSITION

Pursuant to Fed.R.Civ.P. 30(b)(6), the above-captioned Plaintiffs will take the deposition by way of oral examination of the person and/or persons that **Pinnacle Credit Services, LLC** ("Defendant") designates as the person and/or persons most knowledgeable and prepared to testify on behalf of Defendant on the following topics (the "Deposition Topics"): **[1]** the facts and circumstances surrounding each allegation in the Third Consolidated Complaint and Defendant's record response and/or answer thereto; **[2]** Defendant's consumer collection agency license and/or registration with the Florida Department of State; **[3]** the documents and information Defendant maintains in accordance with Rule 69V-180.080, Florida Administrative Code; **[4]** the proofs of claim filed in Plaintiffs' bankruptcy cases; **[5]** the documents and information reviewed by Defendant to prepare the proofs of claim filed in Plaintiffs' bankruptcy cases; **[6]** Defendant's

PAGE | **1** of 3

policies and procedures regarding the submission of proofs of claim; **[7]** Defendant's policies and procedures that Defendant maintains to prevent filing proofs of claim that falsely represent the amount sought therein as not including interest or other charges; and **[8]** the information and documentation Defendant relies upon to determine the principal portion of the debts underlying the proofs of claim filed in Plaintiffs' bankruptcy cases.

The date, time, and location of the deposition shall be as follows:

| | |
|---|---|
| **DATE**: | **Friday, February 19, 2021** |
| **TIME**: | **1:00 PM** |
| **LOCATION**: | *via* **Zoom and/or Other Remote Means**<br>The Law Offices of Jibrael S. Hindi, PLLC<br>110 S.E. 6ᵀᴴ Street, 17th Floor<br>Fort Lauderdale, Florida 33301 |

This deposition will be video recorded as well as by stenographic means before a notary public authorized to administer oaths in the State of Florida. The deposition will continue from day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, and such other purposes as are permitted under the Federal Rules of Civil Procedure.

DATED: January 28, 2021

Respectfully Submitted,

 /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:         855-529-9540

**CERTIFICATE OF SERVICE**

PAGE | **2** of **3**

The undersigned hereby certifies that on January 28, 2021, the foregoing was electronically served on counsel for Defendant, John Maress, Esq., *via* e-mail at jmarees@messerstrickler.com.

      /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **3** of **3**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com