**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING VIDEO STATUS CONFERENCES**

A status conference session has been scheduled to consider various matters before the Court. The Plaintiffs' Complaints allege violations of one of the following: the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181, *et seq*; the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681, *et seq*.; the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. §§ 1692–1692p, *et seq*; the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 203; or the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227. Consistent with the Court's practices in these cases, counsel shall appear at a status conference on **Wednesday, March 10, 2021 at 10:00a.m. and 2:00p.m.** Matters scheduled for consideration at this session are listed below with corresponding times.

The conference will be conducted via Zoom videoconference. The Meeting ID is 161 2752 2255. The Passcode is 7777. The videoconference is also available at zoom.us, by clicking the link "join a meeting" and entering the above Meeting ID and Passcode. Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk is **DIRECTED** to file this Order in **each** of the below cases.
2. The parties are not personally required to appear, but a representative of each party with full authority to enter a full compromise must appear.
3. If an agreement is reached, the parties shall promptly notify the Court.
4. The Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of the date of this Order.**
5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

6. The cases will be called according to the following schedule:

   a. **10:00a.m.**

      i. 21-cv-60069 – *Barberi v. L&P PETROLEUM MGT. INC. et al*

      ii. 21-cv-60177 – *Cohan v. White Lodging Services Corporation*

      iii. 21-cv-80398 – *Fernandez v. Smoothie King Co.*

      iv. 21-cv-60298 – *Cohan v. Q Club Hotel, LLC*

      v. 21-cv-60452 – *Cohan v. Tommy Bahama R&R Holdings, Inc.*

      vi. 21-cv-80205 – *Gomez v. Calendars.com*

      vii. 21-cv-60317 – *Bensira v. TransUnion, LLC*

      viii. 21-cv-80198 – *Kaznecki v. Coldwell Banker Real Estate LLC*

      ix. 20-cv-82168 – *Rowan v. Affordable Car Cure, Inc. et al*

   b. **2:00p.m.**

      i. 21-cv-60078 – *Grandy v. ME TECHNOLOGY, INC. FLORIDA*

      ii. 21-cv-60223 – *Young v. Safe Haven et al.*

      iii. 21-cv-60091– *Bragg v. Broward Custom Kitchens, Inc.*

      iv. 20-cv-62511 – *Vilarino v. Event Effects Grp.*

      v. 21-cv-60116 – *Petrock v. J&J Towing, Inc.*

      vi. 21-cv-60406 – *Montgomery v. Edward L. Myrick Produce, Inc. et al.*

      vii. 20-cv-61297 – *Hall v. LVNV Funding, LLC et al*

      viii. 21-cv-80338 – *Sinkfield v. Persolve Recoveries, LLC*

      ix. 21-cv-60389 – *Kaufman v. National Car Cure LLC et al*

      x. 21-cv-60388 – *Hanson et al v. Stepping Stone Staffing LLC et al*

      xi. 20-cv-60056 – *Alastra v. BCA Financial Services*

      xii. 21-cv-60450 – *Ayala v. BCA Financial Services*

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of March 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record